## IN THE MATTER OF ANDREW ROBB

### 1808

#### PAPERS IN FILE

1. Petition for habeas corpus. . . . . . . . *Printed in Vol. 2*
2. Order for habeas corpus . . . . . . . . "
3. Writ of habeas corpus . . . . . . . . . "

4. Copy of return and enlistment . . . . . . . *Printed in Vol. 2*
5. Subpoena for Scott Robb . . . . . . . . "
6. Testimony of Scott Robb . . . . . . . . "
7. Decision; reasons . . . . . . . . . . "